# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Marilynn Mayne, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 14 C 2949 |
| | ) | |
| JH Portfolio Debt Equities, LLC, a | ) | Judge Aspen |
| California limited liability company, and | ) | |
| Credit Control, LLC, a Missouri limited | ) | |
| liability company, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:** SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that at 10:30 a.m., on Thursday, July 24, 2014, we shall appear before the Honorable Marvin E. Aspen, in Room 2568 of the District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached, **Plaintiff's Motion To Extend Reinstatement Date**, a copy of which was served upon you by the Court's electronic filing system.

/s/ David J. Philipps
One of Plaintiff's Attorneys

Dated: July 7, 2014

David J. Philipps (Ill. Bar No. 06196285)
Mary E. Philipps (Ill. Bar No. 06197113)
Angie K. Robertson (Ill. Bar No. 06302858)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com
angiekrobertson@aol.com

## CERTIFICATE OF SERVICE

       I hereby certify that on July 7, 2014, a copy of the foregoing **Notice of Motion** was filed electronically. Notice of this filing will be sent to the following party via U.S. Mail, first class postage pre-paid, on July 7, 2014 by 5:00 p.m.

JH Portfolio Debt Equities, LLC, and
Credit Control, LLC
Nathan D. Sturycz
Sturycz Watts, LLC
P.O. Box 130
Hazelwood, Missouri 63042-0130

/s/ David J. Philipps

David J. Philipps    (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com