## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Marilynn Mayne, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.   14 C 2949 |
| JH Portfolio Debt Equities, LLC, a California limited liability company, and Credit Control, LLC, a Missouri limited liability company, | ) ) ) ) ) | Judge Aspen |
| Defendants. | ) ) | |

## NOTICE OF VOLUNTARY
## DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to settlement and F.R.C.P. Rule 41, hereby voluntarily dismisses her claims against the Defendants, with prejudice.

Dated: July 8, 2014

One of Plaintiff's Attorneys

/s/ David J. Philipps_____ _
David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com
mephilipps@aol.com

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 8, 2014, a copy of the foregoing **Notice of Voluntary Dismissal with Prejudice** was filed electronically. Notice of this filing will be sent to the following parties via U.S. Mail, first class postage pre-paid, on July 8, 2014.

JH Portfolio Debt Equities, LLC, and
   Credit Control, LLC
c/o Nathan D. Sturycz
Sturycz Watts, LLC
5757 Phantom Drive
Suite 250
St. Louis, Missouri 63042-0130


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com